287 F.2d 409
 Max MILLET and Dora Millet, Plaintiffs-Appellants,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 283, Docket 26704.
 United States Court of Appeals,
Second Circuit.
 Argued Feb. 20, 1961.
Decided March 23, 1961.
 
 Louis Granick, Brooklyn, N.Y., for plaintiffs-appellants.
 Richard S. Harrell, Asst. U.S. Atty., Eastern District of New York, Brooklyn, N.Y. (Cornelius W. Wickersham, Jr., U.S. Atty., E.D.N.Y., Brooklyn, N.Y., on the brief), for defendant-appellee.
 Before HINCKS and MOORE, Circuit Judges, and BRENNAN, Cistrict Judge.[1]
 PER CURIAM.
 
 
 1
 Affirmed on the opinion below, 189 F.Supp. 88.
 
 
 
 [1]
 Sitting by designation